UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. AU: 11-CR-00507(1)SS |
| | § | |
| MICHAEL PAUL McCARTY | § | |

### DEFENDANT'S MOTION FOR TRAVEL

COMES NOW MICHAEL PAUL McCARTY, by and through his attorney of record, John Nathan Stark, and respectfully moves this Court to permit him to travel outside of Austin, Texas and in support shows:

I.

Defendant is restricted as a condition of his bond to travel within the Western District of Texas.  Defendant would request the Court's approval to travel outside of the Western District as noted below.  At the time of his plea, the request to travel was discussed with the Magistrate Judge and the Pretrial Services Officer, Stacie Salinas.

II.

Defendant requests the Court allow him to take a pre-sentencing retreat with his family and his sponsor in Big Bend National Park from Wednesday, November 23 through Sunday, November 27, 2011.

III.

Defendant also requests the Court allow him to travel to a transcendental meditation course at the advice of his sex abuse counselor, Dr. Jim Davis.  This course will be held at Woodlands Transcendental Meditation of North Houston.  Defendant plans to fly the afternoon of December 2, 2011 to George Bush International Airport in Houston, rent a car and drive the 20 minutes to the seminar where he will stay until his return to Austin in the same manner on Sunday, December 4, 2011.

IV.

Defendant has met all requirements of Pretrial Services to date.  Senior US Pretrial Services Officer, Stacie Salinas, has no objection to travel by Defendant.

WHEREFORE PREMISES CONSIDERED, the Defendant, MICHAEL PAUL McCARTY, would respectfully request this Honorable Court to enter an order permitting the Defendant to travel outside of Austin, Texas as stated.

Respectfully submitted,

_____
**JOHN NATHAN STARK**
704 West 9th Street
Austin, Texas 78701
Telephone: (512)478-1860
Faxsimile: (512)478-1880
State Bar No.19063300

ATTORNEY FOR DEFENDANT,
MICHAEL PAUL McCARTY

### CERTIFICATE OF SERVICE

I, John Nathan Stark, hereby certify that a true and correct copy of the above and forgoing Defendant's Motion for Travel has been delivered to Grant Sparks, United States Assistant District Attorney, via electronic transfer on this 15th day of November, 2011.

_____
**JOHN NATHAN STARK**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**UNITED STATES OF AMERICA,** §
 §
**V.** § **NO. AU: 11-CR-00507(1)SS**
 §
**MICHAEL PAUL McCARTY** §

## ORDER ON DEFENDANT'S MOTION TO TRAVEL

On this the _____ day of November, 2011, came on for consideration, the Defendant's Motion for Travel, and the Court being of the opinion that the same should be in all things:

GRANTED: and Defendant is allowed to travel to Big Bend National Park from November 23 until November 27, 2011 and to the Woodlands, Houston, Texas from December 2 until December 4, 2011 and to report to Pretrial Services when he returns to Austin, Texas.


DENIED.



SIGNED this ____ day of November, 2011

_____
**UNITED STATES DISTRICT JUDGE**