IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

-vs-

MICHAEL PAUL McCARTY

CAUSE NO. A-11-CR-507-SS

## O R D E R

BE IT REMEMBERED on this day, the Court reviewed the file in the above-styled cause, and specifically the defendant McCarty's Motion for Travel [#22] filed November 15, 2011, and after due consideration of the same, enters the following:

IT IS ORDERED that the Motion for Travel is DENIED in its entirety.

SIGNED this the 18th day of November 2011.

UNITED STATES DISTRICT JUDGE